IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>MARCIANO OLIVERA-OLIVERA,<br><br>                              Defendant. | Case No. 3:20-cr-00361-JO-1<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

HERNÁNDEZ, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective today.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant's sentence is reduced to time-served effective seven days after the entry of this Order.

An amended judgment and commitment shall be prepared and entered forthwith in accordance with this decision.

Dated this **30** day of September 2022.

                                                      */s/ Marco Hernández*
                                                      Hon. Marco A. Hernández
                                                      United States District Court Judge